DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

JOSEPH ANDREW VELLONE

                   Debtor

) Chapter 13
) Case No. 16-50379 HLB
)
)
) **NOTICE OF UNCLAIMED DIVIDEND**
) Claimant:
) JOSEPH ANDREW VELLONE
)
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

    Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $430.00.  The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

                  Joseph Andrew Vellone
                  19230 Mallory Canyon Rd
                  Salinas, CA  93907

Dated: September 01, 2016

                  /s/ Devin Derham-Burk
                  DEVIN DERHAM-BURK, TRUSTEE